Mills v. Borroughs.

---

**HARTFORD COUNTY, SEPTEMBER TERM, A. D. 1785.**

MILLS v. BORROUGHS.

An arbitration note for £10 not cognizable by a single minister of justice.

A WRIT OF ERROR, complaining of a judgment of a justice in an action, brought by said Borroughs against said Mills, upon a note for £10 lawful money and witnessed by two witnesses. To which said Mills plead in abatement, that said note was executed and delivered into the hands of certain arbitrators, to hold and deliver to said Borroughs, upon condition they made and published their award upon certain matters submitted, and he failed to abide it, to compel him to perform the same; and that said note is not for money only, as it purports to be on the face of it, and that the same is not cognizable before a single minister of justice, but before the County Court. Demurrer.

Judgment — That the plea is insufficient, and that the defendant answer over to the action; and afterwards judgment was rendered by said justice for said Borroughs upon the merits.

Error assigned is — That said justice ought to have judged said plea in abatement, sufficient.

Judgment of the court — That there is manifest error in the judgment complained of; for arbitration notes are considered as obligations, given to compel the promisor to perform the award, that shall be made, by the arbitrators, and is suspended upon that condition; and the sum awarded and interest, is the rule of damages.